MARCELLUS EDWARD CHEATHAM, III
REG. NO. 34952-183
FCI POLLOCK
FEDERAL CORR. INSTITUTION
P.O. BOX 4050
POLLOCK, LA 71467

June 18, 2021

Mr. Fernando Galindo
Clerk of Court
U. S. District Court
Eastern District of Virginia
Newport News Division
2400 West Avenue
Newport News, VA 23607

      RE: *Cheatham v. United States*
           Crim No. 4:12-cr-00111-HCM-LRL-1

Dear Mr. Galindo:

Enclosed please find and accept for filing Movant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

Thank you for your assistance in this matter.

                                        Sincerely,

                                        MARCELLUS EDWARD CHEATHAM, III
                                        Appearing *Pro Se*

*Encl. as noted*